UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

      Plaintiff,                                 Case No. 25-cv-11675
                                                   Hon. Matthew F. Leitman

v.

FCA US, LLC,

      Defendant.

_____/

**ORDER GRANTING MOTION TO STAY
AND FOR EXTENSION (ECF #8)**

Upon Motion and good cause appearing,

**IT IS HEREBY ORDERED** that due to a lapse in appropriations for the EEOC at midnight on September 30, 2025, the litigation of this matter shall be **STAYED** until the EEOC's funding is restored and all pending deadlines in this matter will be extended for the same number of days as the EEOC's lapse in funding.

**IT IS SO ORDERED**.

                                            s/Matthew F. Leitman
                                            MATTHEW F. LEITMAN
                                            UNITED STATES DISTRICT JUDGE

Dated: October 1, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 1, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
