UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

      Plaintiff,

v.

FCA US, LLC,

      Defendant.

_____/

Case No. 25-cv-11675
Hon. Matthew F. Leitman

## ORDER GRANTING MOTION TO LIFT STAY AND FOR EXTENSION (ECF #10)

Upon Motion and good cause appearing,

**IT IS HEREBY ORDERED** that due the restoration of appropriations for the EEOC on November 12, 2025, the previous stay is **LIFTED.**

Furthermore, the following deadlines are extended by 43 days and are now in effect:

| | |
|---|---|
| Fact Discovery Cutoff: | March 23, 2026 |
| Rule 26(a)(2) Proponent Expert Disclosures: | April 20, 2026 |
| Rule 26(a)(2) Rebuttal Expert Disclosures: | May 19, 2026 |
| Expert Discovery Cutoff: | June 18, 2026 |
| Dispositive Motions and Challenges to Experts: | July 21, 2026 |

| | |
|---|---|
| Rule 26(a)(3) Pretrial Disclosures: | October 12, 2026 |
| Motions *in Limine:* | November 9, 2026 |

Response briefs due 10 days after filing, but not later than November 20, 2026. Reply briefs due 5 days after responses are filed, but not later than November 25, 2026.

| | |
|---|---|
| Final Pretrial Order: | December 1, 2026 |
| Final Pretrial Conference: | December 15, 2026, at 1:30 p.m. |
| Trial Date: | January 12, 2027, at 9:00 a.m. |

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  November 13, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 13, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126